UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TIMOTHY LUCE,                         :

           Plaintiff,                :         07 Civ. 10557 (BSJ) (AJP)

     -against-                       :         SCHEDULING ORDER IN
                                                       SOCIAL SECURITY CASE

MICHAEL J. ASTRUE, Commissioner,      :
Social Security Administration,
                                   :
           Defendant.
                                   :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       A complaint having been filed on November 26, 2007,

       IT IS HEREBY ORDERED that

       1. Defendant is directed to answer the complaint by February 1, 2008.

       2. Plaintiff is to serve a motion for judgment on the pleadings by February 27, 2008.

       3. Defendant's opposition papers shall be served by March 21, 2008.

       4. Plaintiff's reply papers shall be served and filed by March 28, 2008.

       5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

       6. Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court.

C:\ORD\SS636

\*   \*   \*

The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations. If both parties consent, they should complete counterparts of the forms and return them to my chambers. If either or both parties do not consent, Mr. Bowes shall act as liaison and report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent. (In other words, the Court does not want to know that party A consents and party B does not). This Order is not meant to in any way interfere with the parties' absolute right to decision by a United States District Judge (Judge Jones), but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

Mr. Bowes is to notify the Court by no later than February 1, 2008.

SO ORDERED.

DATED:   New York, New York
         January 4, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax** to:   Christopher J. Bowes, Esq.
                        Leslie Ramirez Fisher, Esq.
                        Judge Barbara S. Jones

C:\ORD\SS636