UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

TIMOTHY LUCE,                        :

            Plaintiff,         :        07 Civ. 10557 (BSJ) (AJP)

     -against-                      :        **REVISED** SCHEDULING ORDER
                                         IN SOCIAL SECURITY CASE
MICHAEL J. ASTRUE, Commissioner,     :
Social Security Administration,
                                     :
           Defendant.
                                     :
------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

       This Court's January 4, 2008 Scheduling Order and the parties' December 21, 2007 stipulation, so ordered by Judge Jones on January 14, 2008, having apparently "crossed in the mail,"[1]

       IT IS HEREBY ORDERED that

       1. Defendant is directed to answer the complaint by **April 7, 2008**.

       2. Plaintiff is to serve a motion for judgment on the pleadings by **April 28, 2008**.

       3. Defendant's opposition papers shall be served by **May 19, 2008**.

       4. Plaintiff's reply papers shall be served and filed by **May 26, 2008**.

       5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

---

[1] One would have thought, however, that at least one counsel would have called the matter to my attention.

C:\ORD\SS636

6. Counsel are reminded that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court.

\* \* \*

The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations. If both parties consent, they should complete counterparts of the forms and return them to my chambers. If either or both parties do not consent, Mr. Bowes shall act as liaison and report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent. (In other words, the Court does not want to know that party A consents and party B does not). This Order is not meant to in any way interfere with the parties' absolute right to decision by a United States District Judge (Judge Jones), but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

Mr. Bowes is to notify the Court by no later than April 7, 2008.

SO ORDERED.

DATED:   New York, New York
         January 23, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax** to:   Christopher J. Bowes, Esq.
                        Leslie Ramirez-Fisher, Esq.
                        Judge Barbara S. Jones

C:\ORD\SS636