Case 1:07-cv-10557-BSJ-AJP   Document 7   Filed 03/03/2008   Page 1 of 5



MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

TIMOTHY LUCE,

          Plaintiff,  :  STIPULATION AND ORDER
                            :      OF REMAND

   - v. -              :
                            :  07 Civ. 10557 (BSJ)(AJP)
MICHAEL J. ASTRUE,
Commissioner of
Social Security,

          Defendant.  :

- - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York

February 2̶9̶ , 2008

                                    CENTER FOR DISABILITY ADVOCACY
                                        RIGHTS ("CEDAR"), INC.
                                    Attorneys for Plaintiff

By: _____
            CHRISTOPHER JAMES BOWES, ESQ.
            100 Lafayette Street
              Suite 304
            New York, New York  10013
            Telephone No.: (212) 979-0505

            MICHAEL J. GARCIA
            United States Attorney
            Southern District of New York
            Attorney for Defendant

By: _____
            JOHN E. GURA, JR.
            Assistant United States Attorney
            86 Chambers Street - 3rd Floor
            New York, New York  10007
            Telephone No.: (212) 637-2712
            John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Feb. 28, 2008